UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ11-32 |
| ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| FABIAN VAKSMAN, ) | |
| ) | |
| Defendant. ) | |

Offense charged:

    Interstate Communication of Threat to Injure.

Date of Detention Hearing: January 25, 2011.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant was convicted in the Eastern District of Washington and sentenced to 15 months of imprisonment. He was ordered to report to the Federal Detention Center on March 31, 2010

DETENTION ORDER - 1

to begin his sentence.  On March 28, 2010, defendant was arrested by Canadian authorities as he attempted to enter Canada.  At the time, defendant was released on conditions including restrictions on travel to Canada.

It is therefore ORDERED:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of January, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2